AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| IAN CHARLES LORBER d/b/a SNYZER TECH | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 1:26-cv-22566-BB |
| v. | ) | |
| WILLIAM SANCHEZ d/b/a BRICK ARSENAL | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  William Sanchez, Individually
and d/b/a Brick Arsenal
22400 SW 258th Street
Homestead, FL 33031-1455

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Brad F. Barrios
Turkel Cuva Barrios Guerra
100 N. Tampa Street, Suite 1900
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Apr 14, 2026

*s/ W. Cendejas*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court